Mary LINKER-FLORES and Anastacio Flores *v.* ARKANSAS
DEPARTMENT of HUMAN SERVICES

CA 03-1099                                          149 S.W.3d 884

Supreme Court of Arkansas
Opinion delivered March 4, 2004

*Anne Orsi Smith*, for appellant.

No response.

PER CURIAM. Appellant Mary Linker-Flores's counsel, Anne
Orsi Smith, moves this court to be relieved as counsel in the
appeal of Appellant's termination of parental rights. Smith bases her
motion on the assertions that she can find no meritorious grounds for
appeal and that she would incur substantial costs and expend great time,
without the expectation of a full recovery, in the pursuit of an appeal.

In 1989, the Arkansas General Assembly adopted the
view that counsel shall be provided for indigent parents in termi-
nation cases "at all stages of the proceedings." 1989 Ark. Acts 273,
§ 15, now codified at Ark. Code Ann. § 9-27-316(h)(1) (Supp.
2003); *see also Brown v. Arkansas Dep't of Human Servs.*, 330 Ark.
497, 954 S.W.2d 270 (1997). Because Appellant is entitled to
representation on appeal, we deny Smith's motion to be relieved.
Further, we order the parties to this matter to brief the issue of
whether counsel representing a parent in a termination proceeding
should be required to file a no-merit brief, comparable to that
required under *Anders v. California*, 386 U.S. 738 (1967), where
there appears to be no meritorious grounds for appeal. This motion
will be treated as a case and an appropriate briefing schedule will be
established by the clerk of this court.